THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WARSTINE REESE *et al.,* Defendants-Appellants.

(Nos. 56359-56360 cons.; ▮▮▮▮▮▮▮▮▮▮

First District (1st Division)—May 7, 1973.

PER CURIAM.

BURKE, P. J., took no part.

Thomas J. Grippando, of Legal Aid Society, of Chicago, for appellants.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and James R. Carlson, Assistant State's Attorneys, of counsel,) for the People.

HAROLD JOHNSON, a Minor, by Eula Johnson, His Mother and Next Friend *et al.,* Plaintiffs-Appellees, *v.* CHICAGO & WESTERN INDIANA RAILROAD COMPANY *et al.,* Defendants—(THE DEPARTMENT OF PUBLIC AID, Intervenor-Appellant.)

(No. 56911; ▮▮▮▮▮▮▮▮▮▮

First District (1st Division)—May 7, 1973.